Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY a/s/o KONECRANES NUCLEAR EQUIPMENT & SERVICES LLC;<br><br>Plaintiff,<br><br>v.<br><br>SCHUMANN TRANSPORT SERVICE LLC dba STS, LLC; and OD CARGO, LLC;<br><br>Defendants. | Cause No. 2:16-cv-01710-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE UNDER Fed. R. Civ. P. 41(a) |

**STIPULATION**

COME NOW all parties, Plaintiff Zurich American Insurance Company a/s/o Konecranes Nuclear Equipment & Services LLC, and Defendants Schumann Transport Service LLC dba STS, LLC and OD Cargo, LLC, by and through their undersigned counsel of record, and hereby stipulate that pursuant to FRCP 41(a), all claims which were or could have been asserted herein, by and between those parties, shall be dismissed with prejudice and without admission of liability, and with each party to bear its own costs, including attorney fees.

Stipulation and Order of Dismissal – page 1
Cause No. 2:16-cv-01710-RSL

VI JEAN RENO
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
(206) 622-4100

Respectfully submitted this 8th day of September, 2017.

        */s/ Vi Jean Reno*
Vi Jean Reno, WSBA No. 9385
Law Offices of Vi Jean Reno
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 622-4100
Fax: (206) 464-0461
Email: vjreno@renolawsea.com
Attorneys for Plaintiff Zurich American Insurance Company a/s/o Konecranes Nuclear Equipment & Services LLC

        */s/ James F. Whitehead*
James F. Whitehead, WSBA No. 6319
Law Office of James F. Whitehead
2211 Elliott Ave., Suite 200
Seattle, WA 98121
Telephone: (206) 448-0100
Fax: (206) 455-2701
Email: jim@jfw-law.com
Attorneys for Defendant Schumann Transport Service LLC d/b/a STS, LLC

        */s/ Steven W. Block*
Steven W. Block, WSBA No. 24299
Foster Pepper PLLC
1111 Third Avenue, Suite 3000
Seattle, WA 98101-3292
Telephone: (206) 447-4400
Fax: (206) 447-9700
Email: steve.block@foster.com
Attorneys for Defendant OD Cargo LLC

Stipulation and Order of Dismissal – page 2
Cause No. 2:16-cv-01710-RSL

*VI JEAN RENO*
*1420 Fifth Avenue, Suite 3000*
*Seattle, WA 98101*
*(206) 622-4100*

**ORDER**

THIS MATTER having come on regularly before the undersigned Judge or the above-entitled Court upon the stipulation of the above-named parties, and the Court being fully advised in the premises, NOW THEREFORE

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims herein by and between the Plaintiff Zurich American Insurance Company a/s/o Konecranes Nuclear Equipment & Services LLC, and Defendants Schumann Transport Service LLC dba STS, LLC and OD Cargo, LLC are hereby dismissed with prejudice and without costs to any party.

DATED this __25th__ day of September, 2017.

_____
Honorable Robert S. Lasnik

Presented by:

_/s/ Vi Jean Reno_
Vi Jean Reno, WSBA No. 9385
Law Offices of Vi Jean Reno
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 622-4100
Fax: (206) 464-0461
Email: vjreno@renolawsea.com
Attorneys for Plaintiff Zurich American Insurance
Company a/s/o Konecranes Nuclear Equipment &
Services LLC

Stipulation and Order of Dismissal – page 3
Cause No. 2:16-cv-01710-RSL

*VI JEAN RENO*
*1420 Fifth Avenue, Suite 3000*
*Seattle, WA 98101*
*(206) 622-4100*

*/s/ James F. Whitehead*
James F. Whitehead, WSBA No. 6319
Law Office of James F. Whitehead
2211 Elliott Ave., Suite 200
Seattle, WA 98121
Telephone: (206) 448-0100
Fax: (206) 455-2701
Email: jim@jfw-law.com
Attorneys for Defendant Schumann Transport
Service LLC d/b/a STS, LLC

*/s/ Steven W. Block*
Steven W. Block, WSBA No. 24299
Foster Pepper PLLC
1111 Third Avenue, Suite 3000
Seattle, WA 98101-3292
Telephone: (206) 447-4400
Fax: (206) 447-9700
Email: steve.block@foster.com
Attorneys for Defendant OD Cargo LLC

CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

**C. Joseph Ou** and **Joshua E. Kirsch** of Gibson Robb & Lindh, LLP, Pro Hac Vice Attorneys for Plaintiff Zurich American Insurance Company a/s/o Konecranes Nuclear Equipment & Services LLC

**James F. Whitehead** of Law Office of James F. Whitehead, Attorneys for Defendant Schumann Transport Service LLC d/b/a STS, LLC

**Steven W. Block** of Foster Pepper PLLC, Attorneys for Defendant OD Cargo, LLC

Dated this 8th day of September, 2017.
*/s/ Vi Jean Reno*
Vi Jean Reno

Stipulation and Order of Dismissal – page 4
Cause No. 2:16-cv-01710-RSL